IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KURT M. MEYERS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-075
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social )
Security, and THE SOCIAL )
SECURITY ADMINISTRATION, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 5). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's appeal is **DISMISSED** for lack of subject matter jurisdiction. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of May 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
MAY 27 2015
CLERK SO. DIST. OF GA